AO 91 (Rev. 5/85) Criminal Complaint

## United States District Court

### WESTERN DISTRICT OF KENTUCKY

07 APR 24 PH 12: 14

UNITED STATES OF AMERICA

## V.

**CRIMINAL COMPLAINT**

James Armond Huber

CASE NUMBER: 3:07MJ-134

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

On or about April 19, 2007, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, by means of an instrument of interstate commerce, to wit, the telephone, maliciously conveyed false information, knowing the same to be false, concerning an attempt or alleged attempt being made , or to be made, to kill, injure, or intimidate any individual, or unlawfully damage or destroy any building, vehicle, or other real or personal property by means of an explosive device, to wit, a bomb, in violation of Title 18, United States Code, Section 844(e).

**See attached affidavit.**

Continued on the attached sheet and made a part hereof:       Yes  ☒       No  ☐

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____4/24/07_____       at __Louisville, Ky_____
Date

_____
Signature of Judicial Officer

Honorable Dave Whalin
United States Magistrate Judge
Western District of Kentucky

Name & Title of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Todd J. Brown, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for six years and am currently assigned to the Counterterrorism Squad in the Louisville, Kentucky Division.

2. Your affiant has probable cause to believe that James Armond Huber, committed a violation of Title 18, U.S.C., Section 844 (e), maliciously conveying false information about a bomb, based on the following information gathered by affiant from my investigation and from other information received from law enforcement agencies:

    A. On April 19, 2007, the University of Louisville Police Department, Louisville, Kentucky, received a telephone call from James Armond Huber (Huber), of Clarksville, Indiana, who stated he had received an electronic mail (email) message from an unknown sender stating, "There is a bomb at your University, hope you find it."

    B. On April 19, 2007, Huber appeared in person at the University of Louisville Police Department and stated that he had received an email message from an unknown sender stating, "There is a bomb at your University, hope you find it." Huber voluntarily surrendered his laptop computer to representatives of the University of Louisville Police Department and gave consent to law enforcement to search same.

    C. On or about April 20, 2007, the Federal Bureau of Investigation conducted a forensic examination of Huber's laptop computer. Results of the examination indicated that the laptop computer was utilized to create a Hotmail email account with the following email address

1

"hfui3@hotmail.com". This account was utilized to send an email message to Huber's University of Louisville email account. The forensic examination further revealed that Huber's laptop computer was utilized to delete the aforementioned Hotmail email account.

D. On April 23, 2007, Huber was interviewed by law enforcement officers, at which time Huber admitted he had created the aforementioned Hotmail email account "hfui3@hotmail.com". Huber also admitted he utilized the Hotmail email account he had created to send an email message to his University of Louisville email account indicating, "There is a bomb at your University, hope you find it." Huber further admitted he had reported receipt of the email message to the University of Louisville Police Department knowing the threat to be false.

3. Based on the above facts and circumstances as well as your affiant's training and experience, affiant states that there is probable cause to believe that James Armond Huber of Clarksville, Indiana committed a violation of Title 18 U.S.C. Section 844 (e), on or about April 19, 2007 in the Western District of Kentucky.

Todd J. Brown
Special Agent
Federal Bureau of Investigation

Sworn to before me this 24th day of April, 2007

Dave Whalin
United States Magistrate Judge
Western District of Kentucky

2